IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF ARIZONA

Tucson

**CRIMINAL MINUTES**

CASE NUMBER: CR 04-00911-001-TUC-DCB(BPV)

Date: 2/4/2005

Hon. DAVID C. BURY, United States District Judge    Judge #: 7030

USA v. Brandon Gregory Smith

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ
Deputy Clerk: Cathy Schwader        Crt Rptr: Chris Calles
U.S. Atty: Maria Davila              Intrptr: 
Dft Atty: T.S. Hartzell, (Appointed)    ☒ Present

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT    [SENTENCE]**

☐ Defendant is placed on probation for a period of _____ on Cts(s) _ ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 60 Months on Cts(s) 2

☒ Supervised release term of 4 Years by law on Ct(s) 2

☐ Fine of $0 on Ct(s) 2    TOTAL FINE $0

☐ Restitution of $0 ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 2

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed

☐ Order bond exonerated    ☐ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal    ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions supervised release: Defendant shall participate in substance abuse treatment, submit to search, participate in a mental health program, cooperate in the collection of DNA, all as directed by the PO; defendant shall enroll in and complete a GED program.

☒ Other: The Court recommends the defendant be designated to an institution in Arizona, preferably Tucson, in close proximity to his family.

USA, PO, PSA, Counsel(T.S. Hartzell)

