**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Tucson                  **CRIMINAL MINUTES**

CR 04-00911-003-TUC-DCB(BPV)                Date: 2/4/2005
CASE NUMBER

Hon. DAVID C. BURY, United States District Judge      Judge #: 7030

USA v. Eugene Anthony Peterson

DEFENDANT: ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Writ
Deputy Clerk Cathy Schwader          Crt Rptr: Chris Calles
U.S. Atty: Maria Davila          Intrptr: _____
Dft Atty: Homero Torralba, (Retained)    ☒ Present

---

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT    [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
    on Cts(s) __   ☐ with supervision   ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 60 Months on Cts(s) 4

☒ Supervised release term of 4 Years by law on Ct(s) 4

☐ Fine of $0 on Ct(s) 4                TOTAL FINE $0

☐ Restitution of $0 ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 4

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed

☐ Order bond exonerated      ☐ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal    ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions supervised release: Defendant shall participate in a substance abuse treatment program, submit to search, cooperate in the collection of DNA, all as directed by the PO; defendant shall enroll in and complete a GED program.

☒ Other: The Court recommends the defendant be designated to an institution where he can participate in a nonresidential substance abuse treatment program.

USA, PO, PSA, Counsel(Homero Torralba)